Goldberg Unemployment Compensation Case.

Argued December 15, 1966. *E. Lillian,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

March 21, 1967

Commonwealth ex rel. Hess, Appellant, *v.* Russell.

Submitted April 11, 1966. *Harold J. Hess,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.